# EXHIBIT A



Consumer Loan Agreement (715)456-7543

**LOAN AGREEMENT AND PROMISSORY NOTE**

**Borrower's Information:**

**Lender:**
East Side Lenders

**Origination Date:**
July 9, 2013

**Effective Date:**
July 9, 2013

**Borrower's Name:**
Patricia Gunson

**Borrower's ID:**

In this Consumer Loan Agreement ("Loan Agreement" or "Agreement"), the words "You" and "Your" mean the Borrower identified above. The words "We," "Us," "Our" and "Lender" mean East Side Lenders, LLC, licensed and regulated by the State of Delaware Bank Commissioner.

**Federal Truth-In-Lending Disclosures**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>**846.89%** | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>**$990.00** | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>**$400.00** | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled.<br>**$1,390.00** |
|---|---|---|---|

PAYMENT SCHEDULE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $90.00 | August 2, 2013 |
| 1 | $120.00 | August 16, 2013 |
| 1 | $120.00 | August 30, 2013 |
| 1 | $120.00 | September 13, 2013 |
| 1 | $170.00 | September 27, 2013 |
| 1 | $155.00 | October 11, 2013 |
| 1 | $140.00 | October 25, 2013 |
| 1 | $125.00 | November 8, 2013 |
| 1 | $110.00 | November 22, 2013 |
| 1 | $95.00 | December 6, 2013 |
| 1 | $80.00 | December 20, 2013 |
| 1 | $65.00 | January 3, 2014 |

LATE CHARGE: If Your payment is one or more days late, You will be charged a one-time late fee in an amount that is the lesser of $30 or 5 percent of the total late payment (including finance charge).
PREPAYMENT: If You pay this loan off early, You will be entitled to a refund of any unearned finance charge.
Review this entire Loan Agreement for additional information about nonpayment, default and prepayment refunds.

Due Date of Payments: Due dates can be adjusted based on mutual agreement with lender and borrower

**Disbursement Authorization:** You authorize Us to disburse the proceeds of Your Loan, totaling (Loan Amount), subject to the terms and conditions of this Loan Agreement, as follows:

1. 0.00 to payoff outstanding amounts owing on prior loan(s) (Number(s)), including any outstanding principal, accrued interest and other fees and charges, if any, as of (date of loan).
2. $400.00 deposited to Your checking account identified in the ACH Authorization herein.

**Promise to Pay:** You promise to pay Us at East Side Lenders 40 E Main St, Ste 410, Newark, DE 19711 (or at any other place We may designate) the total principal amount of $400.00 (the "Loan") plus the Finance Charge set forth above in the Truth-In-Lending Disclosure box, above, on the payment date set forth in the "Payment Schedule" section of the Truth-In-Lending Disclosure box, above (the "Payment Date"). The Finance Charge is earned on a daily basis from the date the loan proceeds are disbursed to You (the "Disbursement Date") to the Payment Date. Interest may be charged after the Payment Date if you do not make Your payment as scheduled. All payments will be applied first to accrued interest, then to fees or charges due to Us, such as late fees or returned item charges, and then to unpaid principal balance. By signing below You promise to pay to Us the total principal amount, the Finance Charge, plus any accrued interest thereon and other fees and charges, if any, as provided in this Loan Agreement.

**Right Of Rescission.** You have the right to rescind the amount borrowed hereunder without incurring any fee if the amount borrowed, in full, is returned to us on or before the close of business on the business day following the Disbursement Date.

**Payment Options:** If You are approved, Your Loan payment will be due on the Payment Date. If You choose to pay by check or money order We must have received such payment by the Payment Date. If We have not received such payment by that date, We will charge Your bank account in accordance with the ACH Authorization provided herein. If You provide a check as a payment, You authorize Us either to use information from Your check to make a one-time electronic fund transfer from Your account or to process the payment as a check transaction. When We use information from Your check to make an electronic funds transfer, funds may be withdrawn from Your account as soon as the same day We receive Your payment, and You will not receive Your check back from Your financial institution. In addition, We reserve the right to create and submit an electronic check for any amounts due and owing to Us drawn on the bank account You have identified. You agree that if any of the above items is returned for any reason by the financial institution at which Your account is held, We have Your authorization to electronically debit Your checking account for the full amount of the unpaid item, plus a $30 returned item charge.

You may prepay this Loan at any time without penalty. If You prepay, You may be entitled to a refund of any unearned finance charge.

**ACH (Electronic funds Transfer) Authorization:** You authorize Us to initiate an ACH debit entry to Your deposit account indicated below for the total amount due and owing under this Loan Agreement on the Payment Date (or such other date that payment is due under this Loan Agreement) and to re-initiate a debit entry for the same amount if the ACH is dishonored (the "ACH Authorization"). The depository institution named below will receive and debit such entries to Your checking account identified below.

Bank Name:
Bank Address:
Bank Routing Number:
Bank Account Number:

We reserve the right to divide your payment into several debits, at our discretion, so long as the total of all such debits is equal to the amount due and owing.

This ACH Authorization becomes effective at the time that We make You the Loan for which You are applying and will remain in force and effect until such time as all sums due and owing to Us under this Loan Agreement have been received by Us or until such time as You revoke this ACH Authorization. If you wish to revoke this ACH Authorization, You must notify Us in writing at least three business days before the Payment Date. If any ACH debit entries (unless the ACH Authorization is properly revoked by You) or checks are returned by Your bank as unpaid, You agree to pay a returned item charge of $30.00. If Your payment is returned unpaid, You authorize Us to make a one-time electronic fund transfer from Your account to collect the returned item charge of $30.00. If You do not pay the total amount due and owing under this Loan Agreement on or by the Payment Date (or such other date that payment is due under this Loan Agreement), You authorize Us to make a one-time electronic fund transfer from Your account to collect a late fee in an amount that is the lesser of $30 or 5 percent of the total late payment (including finance charge).

In the event that You are in default, as described herein, You authorize Us or any collection agency which we employ or to which your Loan or the outstanding balance of your Loan has been assigned to continue to submit ACH debits against the account identified above until such time as all amounts due and owing under this Loan Agreement have been satisfied in full.

You certify both that You are an authorized user of the account identified above and that such account is an open account in good standing. You authorize the financial institution identified above to release to Us any and all information deemed necessary to our verification process. If there is any missing or erroneous information regarding Your bank, including its routing and transit number, or Your account number, You authorize Us to verify and correct such information.

You agree that the debit entry authorized herein is for repayment of a single payment installment loan and shall not recur at substantially regular intervals. You agree that this ACH Authorization is subject to Our approving the Loan Agreement.

**Additional Terms:** This Agreement is made after Lender's acceptance of its terms at Lender's offices in Delaware, and upon Lender's funding of Your loan from Lender's Delaware bank account(s). The Loan amount, fees and finance charges are payable to Lender's bank account(s) in Delaware. You certify that the information given in connection with this Agreement is true and correct. You authorize Us to verify the information in the Agreement and hereby give Lender consent to obtain information on You from a consumer reporting agency or other means.

**PREPAYMENT:** In addition to Your Right of Rescission, You may prepay in full, at any time, the amount due and will not incur an additional charge, fee or penalty. The Finance Charge (as set forth in the Federal

Truth-In-Lending Disclosures) is earned on a daily basis from the Disbursement Date to the date of prepayment. The daily rate will be calculated by taking the Finance Charge and dividing it by the number of days in the loan. If prefund or credit of an amount less than $10.00 will be made.

**Default/ Acceleration:** You will be in default under this Loan Agreement if any information You provide to Us is false or fraudulent in any material manner, if You provide a false signature to Us on any documents provided to Us, if You do not follow all the terms of this Loan Agreement or if You fail to repay the Loan and any accrued fees, charges and interest in accordance with the terms of this Loan Agreement. In the event of a default by You, all unrepaid principal plus all accrued fees, charges and interest shall become immediately due and payable. If We waive Our right to seek immediate payment of all sums due and owing, such waiver shall be revocable by Us at any time for any reason. Upon Your default, We have the right to exercise all of Our remedies to enforce payment in accordance with the terms of this Loan Agreement. In the event that You are in default, finance charges will continue to accrue in accordance with the terms of the original agreement.

**Arbitration Provision and Waiver of Jury Trial.** Our policy is to arbitrate all disputes with customers which cannot be resolved informally, including the scope and validity of this arbitration provision (the "Arbitration Provision") and your waiver of any right to participate in an alleged class action. In any event, you waive all rights to a trial by jury of your claims. Arbitration is a process in which persons with a dispute: (a) waive their rights to file a lawsuit and proceed in a court; and (b) agree, instead, to submit their disputes to a neutral third person (an "arbitrator") for a decision. Each party to the dispute has an opportunity to present evidence to the arbitrator. Arbitration proceedings are less formal than court trials, and are to allow for an efficient, streamlined procedure to resolve a dispute. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment.

You and We agree that any and all claims, disputes or controversies arising under the common law or pursuant to a federal, state, or local constitution, statute, ordinance, rule, regulation, common law or otherwise between You and Us (including employees, officers, directors, agents, assigns and related third parties of You or Us), including but not limited to any claims arising from or relating to this Loan, or any other loan You previously or may later obtain from Us, regarding collection of the Loan, or alleging fraud or misrepresentation or any other claim, shall be resolved by binding arbitration. You shall have the right to select any established nationally, regionally or locally recognized arbitration organization, or any disinterested individual who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association, and arbitrate pursuant to such arbitrator's rules with regard hereto. You must inform us in writing of your demand of the arbitration organization you have selected or whether you desire to select an individual arbitrator. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail return receipt requested of your decision to select an arbitration organization or your desire to select an individual arbitrator. If you fail to notify us, then we have the right to select an arbitration organization or disinterested individual arbitrator. All parties to such dispute will be governed by the rules and procedures of such arbitration organization or individual arbitrator applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement or the Arbitration Provision, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the arbitration organization or individual arbitrator chosen.

At your written request we will advance your portion of the arbitration expenses, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"); however, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply the substantive law of Delaware consistent with the FAA, and applicable statutes of limitation, and shall honor claims of privilege recognized at law in the state of Delaware. The arbitration hearing will be conducted in the county of your residence, or within 30 miles from such county, or in the county in which the transaction under this Customer Agreement occurred, or in such other place as shall be ordered by the arbitrator. The arbitrator may not allow you to serve as a representative, as a private attorney general, or in any other representative capacity for others in the arbitration. Your claims will be determined by the arbitrator on an individual basis with you. In conducting the arbitration proceeding, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. If allowed by Delaware statute or law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees we have advanced, not to exceed the amount which would have been assessed as court costs if the dispute had been resolved by a state court with jurisdiction, less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having jurisdiction.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act (the "FAA"). If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, that the FAA does not apply to this transaction, then Our agreement to arbitrate, and all other terms of this Agreement, shall be governed by the law of the state of Delaware.

This Arbitration Provision is binding upon and benefits You, Your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits Us, our successors, and assigns and all related third parties. This Arbitration Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between You and Us and continues in full force and effect. If any of this Arbitration Provision is held invalid, the remainder shall remain in full force and effect.

**Bankruptcy:** You certify to Us that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code.

**Agreement Not To Bring, Join Or Participate In Class Actions:** To the extent permitted by law, You agree that You will not bring, join, or participate in any class action claim, dispute or controversy You may have against Us or Our agents, directors, officers, and employees or any related third parties. You agree to the entry of injunctive relief to stop such a lawsuit. You agree to pay costs We incur, including Our costs and attorney's fees in seeking such relief. This agreement is not a waiver of any of Your rights and remedies to pursue any claim as provided above.

**Survival:** The provisions of this Agreement providing for arbitration of all Disputes and the Agreement Not to Bring, Join or Participate in Class Actions shall survive repayment in full and/or default under this Loan Agreement. BY SIGNING BELOW, YOU AGREE TO ALL THE TERMS OF THIS LOAN AGREEMENT, INCLUDING THE AGREEMENT TO ARBITRATE ALL DISPUTES AND THE AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS. YOU ALSO ACKNOWLEDGE A RECEIPT OF A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT.

**Agreement To Receive Notices Electronically:** You agree that, if You have provided to Us an electronic or email address, any notices may be delivered to You electronically, to the extent permitted by law, including the Truth in Lending Act, Regulation Z of the Board of Governors of the Federal Reserve (the "FRB"), The Electronic Funds Transfer Act, FRB Regulation E, The Equal Credit Opportunity Act, FRB Regulation B, Title V of the Gramm-Leach-Bliley Act, FRB Regulation P (or its applicable regulatory equivalent ), The Fair Credit Reporting Act, and/or any other provision of applicable federal or state law or regulation.

**Detailed Wireless Policy:** By opting-in you are providing consent to use personal information to provide the services you've requested, including services that display customized content and advertising. Your provider's Msg & Data Rates apply to any SMS (Short Message Service) messages. You may opt-out and remove your SMS information by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE" or "QUIT" to the SMS text message you have received. If you remove your SMS information from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you. Data obtained from you in connection with this SMS service may include your name, address, cell phone number, your provider's name, the date & time, and content of your messages. We will not be liable for any delays in the receipt of any SMS messages, as delivery is subject to effective transmission from your network operator. SMS message services are provided on an AS IS basis.

**Place Of Contract:** This Agreement is made after Our acceptance of its terms at Our offices in Delaware upon Our funding of Your Loan from Our Delaware bank account(s).

**Governing Law, Assignment And Execution:** This Loan Agreement is governed by the laws of the State of Delaware, as it is the State in which Your loan application is received, the Loan Agreement is entered into, the Loan is approved and funded and where payment is received by Us in fulfillment of Your obligations under the Loan Agreement. We may assign or transfer this Loan Agreement or any of Our rights hereunder. If this Loan Agreement is approved by Us, then You agree that the electronically signed Loan Agreement We receive from You will be considered the original executed Loan Agreement, which is binding and enforceable as to both parties.

**OUR POLICY REGARDING FINANCIAL PRIVACY**

We collect nonpublic personal information about You from the following sources: (1) Information We receive from Your applications or other forms; (2) Information about Your transactions with Us, Our affiliates, or others; and (3) Information We receive from consumer reporting agencies. We restrict access to nonpublic personal information about You to employees who need to know that information to provide products or services to You. We maintain physical, electronic, and procedural safeguards that comply with federal standards to guard Your nonpublic personal information. Since We value Our customer relationships, We do not disclose any nonpublic personal information about Our customers or former customers to anyone, except as required or permitted by law.
**CREDIT COUNSELING SERVICES ARE AVAILABLE TO CONSUMERS WHO ARE EXPERIENCING FINANCIAL PROBLEMS.**

*By electronically signing this Agreement You acknowledge that You have read, understand, and agree to all of the terms and conditions of this Agreement. You further acknowledge that this Agreement contains all of the terms of the Agreement and that no representations or promises other than those contained in this Agreement have been made. You acknowledge that you have been presented the itemized schedule of charges for this transaction. You also further acknowledge that this Agreement was filled in before You signed it, and that You have received a completed copy of it.*

   Patricia Ann Gunson
SIGNATURE

| Your Full Name: | Date: |
|---|---|
| Patricia Gunson | July 9, 2013 |